| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gorsuch, Neil M. | 2. Court or Organization Tenth Circuit Court of Appeals | 3. Date of Report 08/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Byron White Courthouse
1823 Stout Street
Denver, CO 80257

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Walden Group LLC (mountain property) |
| 2. | Executive Committee, Board of Directors | Federal Judges Association |
| 3. | Adjunct Professor | University of Colorado Law School |
| 4. | Member | University of Chicago Law School's Visiting Committee |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | University of Colorado Law School - teaching agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Princeton University Press - book royalties | $304.94 |
| 2. 2015 | University of Colorado Law School - teaching | $26,000.00 |
| 3. 2015 | West Publishing Corporation - book royalties | $5,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Renaissance Weekend | 07/02/15-07/06/15 | Jackson Hole, WY | educational program | Meals, program, hotel (self and family) |
| 2. | American College of Trial Lawyers-Legal Exchange. | 09/03/15-09/11/2015 | London, England | educational program | Transportation, meals, program, hotel (self and spouse) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Brokerage Acct: | | | | | | | | | |
| 2. - Money Market, Tax Exempt | A | Int./Div. | J | T | | | | | |
| 3. - Long Term Tax Ex Bond Fund | D | Int./Div. | M | T | Sold (part) | 08/17/15 | K | A | |
| 4. - High Yield Bond Fund | D | Int./Div. | M | T | | | | | |
| 5. - Int'l Fund | E | Int./Div. | N | T | | | | | |
| 6. - S&P Fund | D | Int./Div. | N | T | | | | | |
| 7. - Value Fund | D | Int./Div. | M | T | | | | | |
| 8. - Interm Tax Ex Bond Fund | D | Int./Div. | N | T | | | | | |
| 9. - Small Cap Fund | E | Int./Div. | M | T | | | | | |
| 10. - Short Term Tax Ex Bond Fund | B | Int./Div. | M | T | | | | | |
| 11. Walden Group LLC | | None | N | W | | | | | |
| 12. 529 Plans - VA Educ Savings Trust (Age Based) | A | Int./Div. | O | T | | | | | |
| 13. 529 Plans - College Invest Savings Plan (Age Based) | A | Int./Div. | L | T | | | | | |
| 14. Spouse 403B Plan - TIAA CREF | A | Int./Div. | J | T | | | | | |
| 15. Senate Credit Union checking | A | Int./Div. | J | T | | | | | |
| 16. USAA IRA Acct: | | | | | | | | | |
| 17. -Target Retirement 2030 Fund | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Spouse USAA IRA Acct: | | | | | | | | | |
| 19. -Target Retirement 2030 Fund | B | Int./Div. | L | T | | | | | |
| 20. USAA SEP IRA Acct: | | | | | | | | | |
| 21. - Money Market | A | Int./Div. | J | T | | | | | |
| 22. - Precious Metals & Minerals Fund | A | Int./Div. | J | T | | | | | |
| 23. - Short Term Bond Fund | A | Int./Div. | K | T | | | | | |
| 24. -Income Fund | A | Int./Div. | K | T | | | | | |
| 25. - Intermediate Bond Fund | A | Int./Div. | J | T | | | | | |
| 26. - USAA Real Return Fund | A | Int./Div. | J | T | | | | | |
| 27. - USAA Managed Allocation Fd | A | Int./Div. | J | T | | | | | |
| 28. - USAA High Income Fd | A | Int./Div. | J | T | | | | | |
| 29. - USAA Emerging Markets Fd | A | Int./Div. | J | T | | | | | |
| 30. - USAA International Fund Inst | A | Int./Div. | K | T | | | | | |
| 31. - USAA Small Cap Stock Fund Inst | A | Int./Div. | J | T | | | | | |
| 32. - USAA Income Stock Fund Inst | A | Int./Div. | J | T | | | | | |
| 33. - USAA Growth Fund Instl | A | Int./Div. | J | T | Sold (part) | 10/26/15 | J | A | |
| 34. USAA CD Acct: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Money Market | A | Int./Div. | J | T | | | | | |
| 36.  USAA P.I. Mgmt Acct: | | | | | | | | | |
| 37.  - Money Market, Tax Ex Fund | A | Int./Div. | L | T | | | | | |
| 38.  - Aurora Wtr Rev Muni Bond 8/1/22 | B | Interest | K | T | | | | | |
| 39.  - Boulder County CO Open Space Cap 7/15/22 | B | Interest | L | T | | | | | |
| 40.  - Boulder Sch Dist 2 Muni Bond 12/1/15 | E | Interest | | | Redeemed | 12/01/15 | K | | |
| 41.  - Broomfield Sales and Use Tax 12/1/27 | B | Interest | L | T | | | | | |
| 42.  - Colo St Brd Gov Unv Entr Sys Muni Bond 3/1/16 | B | Interest | K | T | | | | | |
| 43.  - Colo Springs Col Util Muni Bond 11/15/20 | A | Interest | K | T | | | | | |
| 44.  - Colo Springs Col Utl Muni Bond 11/15/26 | B | Interest | K | T | | | | | |
| 45.  - Colo Wtr Res & Pwr Muni Bond 8/1/24 | B | Interest | | | Redeemed | 08/03/15 | K | | |
| 46.  - Denver Exc Tax Rev Muni Bond 9/1/18 | B | Interest | K | T | | | | | |
| 47.  -Denver Colo City & Cnty | B | Interest | K | T | Buy | 06/12/15 | K | | |
| 48.  - Eagle Garfield Routt Muni Bond 12/1/23 | B | Interest | K | T | | | | | |
| 49.  - Longmont Co Enterprise WSTWTR Rev 11/1/26 | B | Interest | K | T | | | | | |
| 50.  - Mesa College Muni Bond 5/15/23 | B | Interest | K | T | | | | | |
| 51.  - Pueblo Cnty Sch Dist Muni Bond 12/15/21 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Summit Cnty School Dist 12/1/21 | B | Interest | K | T | | | | | |
| 53. -Univ Colo Ent Sys Muni Bond 6/1/25 | A | Interest | | | Redeemed | 06/01/15 | K | | |
| 54. -Univ Colo Ent Sys 6/1/29 | B | Interest | K | T | Buy | 12/22/15 | K | | |
| 55. -Univ Colo Ent Sys 6/1/31 | B | Interest | K | T | Buy | 08/07/15 | K | | |
| 56. - Weld Sch Dist Muni Bond 12/1/19 | B | Interest | K | T | | | | | |
| 57. - Westminster Sls and Use Muni Bond 12/1/15 | B | Interest | | | Redeemed | 12/01/15 | L | | |
| 58. - University Northn Colo Greeley Inst Bond 6/1/30 | B | Interest | K | T | | | | | |
| 59. - Greely Colo Wtr Rev Ref Bds 8/01/22 | B | Interest | K | T | | | | | |
| 60. - Arapahoe Cnty Solo Sch Dist 12/01/28 | B | Interest | L | T | | | | | |
| 61. -Platte River Pwr 6/1/25 | B | Interest | K | T | Buy | 01/28/15 | K | | |
| 62. - Short Term Tax Ex Bond Fund | A | Int./Div. | K | T | Sold (part) | 01/26/15 | J | | |
| 63. Spouse USAA Rev Trust: | | | | | | | | | |
| 64. - Money Market, Tax Ex Fund | A | Interest | K | T | | | | | |
| 65. - USAA Savings CD 01/09/15 | A | Interest | | | Redeemed | 01/09/15 | K | | |
| 66. -USAA Savings CD 07/15/16 | A | Interest | K | T | Buy | 01/15/15 | K | | |
| 67. - USAA Savings CD 01/09/17 | A | Interest | K | T | | | | | |
| 68. Spouse Banco Santander SA (SAN) | | None | | | Sold | 05/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544